F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 6 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

'10 - CV - 00605 BNB

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

CANDELARIA MORENO-GUTIERREZ,

     Plaintiff,

v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,
ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services,
PERRY RHEW, Chief, Administrative Appeals Office, U.S. Citizenship and Immigration
     Services, and
DANIEL RENAUD, Director, Vermont Service Center, U.S. Citizenship and Immigration
     Services,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted, through counsel, a letter to the court, a Civil Cover Sheet,

a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915

and Fed. R. App. P. 24, and a "Complaint for Declaratory and Injunctive Relief and

Petition for Writ of Mandamus."  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

| | | |
|---|---|---|
| (1) | __ | is not submitted |
| (2) | **X** | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | __ | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | **X** | other: **The form submitted is only used for cases on appeal.** |

**Complaint or Petition:**

| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form:  Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _15th_ day of _March_____, 2010.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 00605

Laura L. Lichter
Lichter & Associates, P.C.
1601 Vine St.
Denver, CO 80206
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on___3/16/10___

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk