IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00605-PAB-MEH

CANDELARIA MORENO-GUTIERREZ,

      Plaintiff,
v.

JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security,
ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services,
PERRY RHEW, Chief, Administrative Appeals Office, U.S. Citizenship and Immigration Services,
and
DANIEL RENAUD, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,

      Defendants.

## MINUTE ORDER VACATING STATUS CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2010.**

    The Joint Motion to Vacate Status Conference [filed August 18, 2010; docket #22] is **granted**. The Status Conference scheduled for August 19, 2010 is hereby **vacated**.